# Exhibit 2




Clerk Connect - East Baton Rouge Parish

(/Content/Help/helpv7.pdf)

BACK TO PREVIOUS PAGE

# C-708969
# RICHARD CREEL, ET AL VS BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., ET AL

PURCHASE PDF

**Date Filed:** 06/23/2021  **Kind:** Civil  **Division:** 24
**Date Last Active:** 06/25/2021  **Cause:** TI-Tort Injury  **Suit Status:** Active
**Judge:** JOHNSON, DONALD R

**CHRONOLOGICAL HISTORY (10)**   PARTIES (2)   ATTORNEYS (1)   MINUTES (0)

| Date | Type (All) | Description | Filed By |
|---|---|---|---|
| 06/25/2021 | | COVER LETTER | PALMINTIER, MICHAEL C |
| 06/25/2021 | | PET- DAMAGES -CIV | PALMINTIER, MICHAEL C |
| 06/25/2021 | | REQUEST NTC-CV | PALMINTIER, MICHAEL C |
| 06/25/2021 | | CIVIL CASE REPORTING FORM | PALMINTIER, MICHAEL C |
| 06/24/2021 | Document | FAX RECEIPT - PALMINTIER, MICHAEL C | |
| 06/23/2021 | | FAX RECEIPT FEE | PALMINTIER, MICHAEL C |
| 06/23/2021 | | COVER LETTER | PALMINTIER, MICHAEL C |
| 06/23/2021 | | CIVIL CASE REPORTING FORM | PALMINTIER, MICHAEL C |
| 06/23/2021 | | PET- DAMAGES -CIV | PALMINTIER, MICHAEL C |
| 06/23/2021 | | REQUEST NTC-CV | PALMINTIER, MICHAEL C |



Clerk Connect - East Baton Rouge Parish

version#3.0.15 (/Content/Help/helpv7.pdf)

EAST BATON ROUGE PARISH
Filed Jun 23, 2021
Deputy Clerk of Court
C-708969
24

## APPENDIX 9.6
## LOUISIANA CIVIL CASE REPORTING

Civil Case Cover Sheet - LA. R.S. 13:4688, Part G, §13 of the Louisiana Supreme Court General Administrative Rules, and Appendix 9.6 of the Louisiana District Court Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:**

Richard Creel and Becky Creel        ABC Corporation, et al
                                                vs.

**Court:** 19th Judicial District Court        **Docket Number:** _____

**Parish of Filing:** East Baton Rouge        **Filing Date:** _____

**Name of Lead Petitioner's Attorney:** Michael C. Palmintier

**Name of Self-Represented Litigant:** _____

**Number of named petitioners:** 2        **Number of named defendants:** 13

**Type of Lawsuit:** Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

__Auto: Personal Injury          __Auto: Property Damage
__Auto: Wrongful Death           __Auto: Uninsured Motorist
__Asbestos: Property Damage      __Asbestos: Personal Injury/Death
X Product Liability              __Premise Liability
__Intentional Bodily Injury      __Intentional Property Damage
__Intentional Wrongful Death     __Unfair Business Practice
__Business Tort                  __Fraud
__Defamation                     __Professional Negligence
__Environmental Tort             __Medical Malpractice
__Intellectual Property          __Toxic Tort
__Legal Malpractice              __Other Tort (describe below)
__Other Professional Malpractice __Redhibition
__Maritime                       __Class action (nature of case)
__Wrongful Death                 _____
__General Negligence

**Please briefly describe the nature of the litigation in one sentence of additional detail:**
Cancer.

_____

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

EAST BATON ROUGE PARISH C-708969
Filed Jun 23, 2021 24
Deputy Clerk of Court

| | | |
|---|---|---|
| RICHARD CREEL and BECKY CREEL | : | SUIT NO. _____ SEC. ___ |
| | : | 19TH JUDICIAL DISTRICT COURT |
| VERSUS | | |
| | : | PARISH OF EAST BATON ROUGE |
| ABC CORPORATION, ET AL | : | STATE OF LOUISIANA |

## PETITION FOR DAMAGES

The petition of RICHARD CREEL and BECKY CREEL, both of legal age, both domiciled in and residents of the Parish of East Baton Rouge, State of Louisiana, respectfully represent:

1.

Following knee surgery in 2016, plaintiff, RICHARD CREEL, began taking the medication ZANTAC, the brand name for *ranitidine*, an antacid drug which was sold both as a prescription drug and over-the-counter. In November, 2018, plaintiff was diagnosed with bladder cancer, whereupon his doctors took him off of all medications not related to his oncological treatment.

2.

In the summer of 2020, Plaintiff heard for the first time that his bladder cancer may have been caused by his use of Zantac. As he inquired further, he learned that studies have shown that *ranitidine*, the principal ingredient in Zantac, is susceptible to molecular changes as a result of changes in temperature or other environmental conditions. The product of these changes is a chemical which has been shown to be a carcinogen in human beings, which causes cancer of the bladder.

3.

Plaintiff, RICHARD CREEL, alleges that ZANTAC caused his bladder cancer, which, in turn, has required and will continue to require extensive medical treatment and which injuries have caused and will continue to cause great pain and suffering as well as mental anguish and distress.

4.

Plaintiff alleges that ZANTAC was designed, developed, manufactured, tested, packaged,

Boehringer Ingelheim (BI)

A. Defendant Boehringer Ingelheim Pharmaceuticals, Inc., is a Delaware corporation with its principal place of business located at 900 Ridgebury Road, Ridgefield, Connecticut 06877. Defendant Boehringer Ingelheim Pharmaceuticals, Inc., is a citizen of Delaware and Connecticut.

B. Defendant Boehringer Ingelheim Corporation is a Nevada corporation with its principal place of business located at 900 Ridgebury Road, Ridgefield, Connecticut 06877. Defendant Boehringer Ingelheim Corporation is a citizen of Nevada and Connecticut.

C. Defendant Boehringer Ingelheim USA Corporation is a Delaware corporation with its principal place of business located at 900 Ridgebury Rd., Ridgebury, Connecticut 06877. Boehringer Ingelheim USA Corporation is a citizen of Delaware and Connecticut.

D. Defendant Boehringer Ingelheim International GmbH is a limited liability company formed and existing under the laws of Germany, having a principal place of business at Binger Strasse 173, 55216 Ingelheim AM Rhein, Rheinland-Phalz, Germany. Boehringer Ingelheim International GmbH is a citizen of Germany.

E. Boehringer Ingelheim Pharmaceuticals, Inc. is a direct or indirect subsidiary of Boehringer Ingelheim Corporation and Boehringer Ingelheim USA Corporation, which are themselves wholly owned, directly or indirectly, by Boehringer Ingelheim International GmbH. Collectively, these entities shall be referred to as "Boehringer Ingelheim" or "BI."

F. Defendant Boehringer Ingelheim Promeco, S.A. de C.V. is a foreign corporation organized and existing under the laws of Mexico with its principal place of business located at Maiz No. 49, Barrio Xaltocan, Xochimilco, Ciudad de Mexico, 16090 Mexico. Boehringer Ingelheim Promeco, S.A. de C.V. is a citizen of Mexico.

GlaxoSmithKline (GSK)

G. Defendant GlaxoSmithKline LLC is a Delaware limited liability company with its principal place of business located at Five Crescent Drive, Philadelphia, Pennsylvania, 19112. GlaxoSmithKline LLC' sole member is GlaxoSmithKline (America) Inc., a Delaware corporation with its principal place of business in that state. GlaxoSmithKline LLC is a citizen of Delaware, authorized to do and doing business in the State of Louisiana and having appointed as agent for service of process, Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, LA 70802;

H. Defendant GlaxoSmithKline (America) Inc. is a Delaware corporation with its principal place of business located at 1105 N. Market Street, Suite 622, Wilmington, Delaware 19801. Defendant GlaxoSmithKline (America) Inc. is a citizen of Delaware.

I. Defendant GlaxoSmithKline plc is a public limited company formed and existing under the laws of the United Kingdom, having a principal place of business at 980 Great West Road, Brentford Middlesex XO, TW8 9GS, United Kingdom. GlaxoSmithKline plc is a citizen of the United Kingdom.

Pfizer

K.  Defendant Pfizer Inc. "Pfizer" is a Delaware corporation with its principal place of business located at 235 East 42nd Street, New York, New York 10017. Pfizer Inc. is a citizen of Delaware and New York, authorized to do and doing business in the State of Louisiana and having appointed as agent for service of process, Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, LA 70802;

Sanofi

L.  Defendant Sanofi-Aventis U.S. LLC is a Delaware limited liability company with its principal place of business located at 55 Corporate Drive, Bridgewater, New Jersey 08807. Sanofi-Aventis U.S. LLC' sole member is Sanofi U.S. Services, Inc., a Delaware corporation with its principal place of business in New Jersey. Sanofi-Aventis U.S. LLC is a citizen of Delaware and New Jersey.

M.  Defendant Sanofi US Services Inc. is a Delaware corporation with its principal place of business located at 55 Corporate Drive, Bridgewater, New Jersey 08807. Sanofi US Services Inc. is a citizen of Delaware and New Jersey.

N.  Defendant Sanofi S.A. is a corporation formed and existing under the laws of France, having a principal place of business at 54 Rue La Boetie, 8th Arrondissement, Paris, France 75008. Sanofi S.A. is a citizen of France.

O.  Defendant Patheon Manufacturing Services LLC is a Delaware limited liability company with its principal place of business located at 5900 Martin Luther King Jr. Hwy, Greenville, North Carolina 27834. Thermo Fisher Scientific, Inc. is the sole member of Patheon Manufacturing Services LLC. Thermo Fisher Scientific, Inc. is a Delaware corporation with its principal place of business in Massachusetts. Patheon Manufacturing Services LLC is a citizen of Delaware and Massachusetts.

P.  Sanofi-Aventis U.S. LLC and Sanofi US Services Inc. are subsidiaries of Sanofi S.A. Patheon Manufacturing Services LLC and Boehringer Ingelheim Promeco, S.A. de C.V. packaged and manufactured the finished Zantac product for Sanofi. Collectively, these entities shall be referred to as "Sanofi."

5.

Plaintiffs allege the liability of defendants within the meaning of La.R.S. 9:2800.51, et seq., commonly referred to as the Louisiana Products Liability Act (LPLA), in that the ZANTAC medication referred to hereinabove was unreasonably dangerous for its reasonably anticipated use in the following respects:

a.  The product was defective in its design;

b.  The product was defective in its manufacture;

c.  The product was defective for failure to warn of known dangers in the product;

d.  Other defects which may be disclosed at trial on the merits.

at the time of said injury, and who remains married to and living with Mr. CREEL, sustained a loss of consortium, service, and society within the meaning of Louisiana Civil Code Article 2315.

7.

As a result of the aforementioned fault of the Defendants, Plaintiffs are entitled to a trial and to recover damages in accordance with law, including lost wages, past and future, medical expenses, past and future, other special damages and all general damages contemplated under Louisiana Law, including impairment of earning capacity, which damages are in excess of $75,000.

WHEREFORE, Plaintiffs, RICHARD CREEL and BECKY CREEL, pray for citation and service of process, and, after due proceedings are had, that there be judgment in favor of Plaintiffs and against Defendants, for damages, together with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings.

By Attorneys:

deGRAVELLES & PALMINTIER
618 Main Street
Baton Rouge, Louisiana 70801
Telephone: (225) 344-3735
Facsimile: (225) 344-0522

By: _____
MICHAEL C. PALMINTIER (#10288)

**SERVICE INFORMATION:**

Please hold service of process.

EAST BATON ROUGE PARISH C-708969
Filed Jun 23, 2021     24
Deputy Clerk of Court



**deGravelles & Palmintier**
ATTORNEYS AT LAW

Michael C. Palmintier, P.L.C.
Joshua M. Palmintier
J. Neale deGravelles, L.L.C.

Jonathan E. Mitchell
Benjamin B. Treuting

*Of Counsel*

David W. Robinson
(1927-2004)

# FACSIMILE TRANSMITTAL FORM

TO: East Baton Rouge Parish Clerk of Court

ATTN: Clerk of Court, Civil Filing

FAX NUMBER: 389-3392         PHONE NUMBER: 389-3982

FROM: Michael C. Palmintier

FAX NUMBER: 225/344-0522     PHONE NUMBER: 225/344-3735

NO. OF PAGES SENT (INCLUDING THIS PAGE): __8__

DATE SENT: June 23, 2021

IN RE: Creel - *Petition for Damages and Request for Written Notice*

**TRANSMISSION PROBLEMS:** If you do not receive the number of accompanying pages indicated, or experience any other transmission problems, please contact Paula Acaldo at (225) 344-3735.

## CONFIDENTIALITY NOTICE

The accompanying facsimile is intended solely for the use of the recipient designated above. Document(s) transmitted herewith may contain information which is confidential and privileged. Delivery, distribution or dissemination of this communication other than to the intended recipient is strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone.

MESSAGE: I have attached for transmission with this Facsimile Transmittal Form a Petition for Damages, pursuant to the provisions fo La.R.S. 13:850. The original will be sent along with the applicable filing fee and transmission fee. Thank you for your assistance.

Please return to me by facsimile a Receipt of Transmission, as required by the above cited statute.

618 Main Street | Baton Rouge, Louisiana 70801-1910 | 225.344.3735 | FAX: 225.344.0522 | www.dplawla.com



## deGravelles & Palmintier
### ATTORNEYS AT LAW

Michael C. Palmintier, P.L.C.
Joshua M. Palmintier
J. Neale deGravelles, L.L.C.

Jonathan E. Mitchell
Benjamin B. Treuting

*Of Counsel*

David W. Robinson
(1927-2004)

June 23, 2021

Honorable Doug Welborn
Clerk, 19th Judicial District Court
300 North Boulevard
Baton Rouge, LA 70802

Via Facsimile and
Hand Delivery

Re: *Richard Creel, et al v. ABC Corporation, et al*
New Suit
Our File Number: 21-019

Dear Clerk:

Enclosed please find the *Petition for Damages* and *Request for Written Notice* which we would appreciate your filing in the above referenced matter.

I enclose our check to cover filing and facsimile fees as well as a copy to be conformed and returned via courier.

Please contact me with any additional questions or concerns. Meanwhile, I remain,

Very truly yours,

Michael C. Palmintier

MCP/pba
Enclosures

618 Main Street | Baton Rouge, Louisiana 70801-1910 | 225.344.3735 | FAX: 225.344.0522 | www.dplawla.com

EAST BATON ROUGE PARISH
Filed Jun 23, 2021
Deputy Clerk of Court
C-708969
24

| | | |
|---|---|---|
| RICHARD CREEL and BECKY CREEL | : | SUIT NO. _____ SEC. ___ |
| | : | 19TH JUDICIAL DISTRICT COURT |
| VERSUS | : | PARISH OF EAST BATON ROUGE |
| ABC CORPORATION, ET AL | : | STATE OF LOUISIANA |

## REQUEST FOR WRITTEN NOTICE OF ANY ASSIGNMENT AND WRITTEN NOTICE OF ANY ORDER OR JUDGMENT MADE OR RENDERED

In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil Procedure, you are hereby requested to send to us, as counsel of record for above Plaintiff(s), written notice by mail, at least ten (10) days in advance of any date fixed for any trial or hearing on this case, whether on exception, rules, or on the merits thereof, or any assignment of fixing of said case.

And in accordance with the provisions of Articles 1913 and 1914 of the Louisiana Code of Civil Procedure, you are hereby also requested to send to us immediately notice of any order or judgment made or rendered in this case, upon the entry of such order or judgment.

This request for notice is made with full reservation of all rights, and we thank you for your customary courtesy and cooperation.

Respectfully submitted:

DEGRAVELLES & PALMINTIER
618 Main Street
Baton Rouge, Louisiana 70801
Telephone: (225) 344-3735
Facsimile: (225) 344-0522

By: _____
MICHAEL C. PALMINTIER, #10288

```
                    TX Result Report                        P   1
                                                  06/24/2021 09:05
                                            Serial No. AC75011000372
                                                   TC:      44368
```

| Addressee | Start Time | Time | Prints | Result | Note |
|---|---|---|---|---|---|
| 93440522 | 06-24 09:04 | 00:00:58 | 001/001 | OK | |

```
Note  TMR:Timer TX, POL:Polling, ORG:Original Size Setting, FME:Frame Erase TX,
      DPG:Page Separation TX, MIX:Mixed Original TX, CALL:Manual TX, CSRC:CSRC,
      FWD:Forward, PC:PC-FAX, BND:Double-Sided Binding Direction, SP:Special Original,
      FCODE:F-code, RTX:Re-TX, RLY:Relay, MBX:Confidential, BUL:Bulletin,
      IPADR:IP Address Fax, I-FAX:Internet Fax IP-FAX: IP-FAX(SIP)

Result OK: Communication OK, S-OK: Stop Communication, PW-OFF: Power Switch OFF,
       TEL: RX from TEL, NG: Other Error, Cont: Continue, No Ans: No Answer,
       Refuse: Receipt Refused, Busy: Busy, M-Full:Memory Full, LOVR:Receiving length Over,
       POVR:Receiving page Over, FIL:File Error, DC:Decode Error, MDN:MDN Response Error,
       DSN:DSN Response Error, PRINT:Compulsory Memory Document Print,
       DEL:Compulsory Memory Document Delete, SEND:Compulsory Memory Document Send.
```



# Doug Welborn
### Clerk of Court
### 19th Judicial District
### Parish of East Baton Rouge

P.O. Box 1991
Baton Rouge, La 70821-1991
Telephone: (225) 389-3982
Fax: (225) 389-3392
www.ebrclerkofcourt.org

**FAX RECEIPT**

**FROM: SUIT ACCOUNTING DEPARTMENT**                    Date: **JUNE 23, 2021**

**FAX NUMBER: (225) 389-3392**                          Suit No.: **C-708969**

**To: MICHAEL C PALMINTIER**                            Section: **24**

RICHARD CREEL, ET AL VS BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., ET AL

Total Amount Due (Includes all applicable fees below) **$480.00**

| | |
|---|---|
| 901-COVER LETTER | 2 PAGES |
| 904-CIVIL CASE REPORTING FORM | 1 PAGE |
| 1002-PET- DAMAGES -CIV | 4 PAGES |
| 5004-REQUEST NTC-CV | 1 PAGE |

The Clerk's office received the above mentioned documents by facsimile transmission dated 6/23/2021, document(s) in the above referenced case. In accordance with R.S. 13:850(B), within seven days, exclusive of legal holidays, the party filing the document shall forward to the clerk, the original signed document, applicable filing fees and a transmission fee. The fax transmission fee is also required of forma pauperis filings and filings by state/political subdivisions.

Applicable fees are established in accordance with law as follows:
13:850(B)(3) A transmission fee of five dollars
13:841(A)(2)(a) First page of each pleading, six dollars
13:841(A)(2)(b) Each subsequent page, four dollars
13:841(A)(2)(c) Paper-exhibits, attachments, transcripts and depositions-per page, two dollars
13:841(A)(4)(b) Issuing document without notice of service, fifteen dollars (Receipt generation fee)

**NO FURTHER ACTION WILL BE TAKEN REGARDING THIS DOCUMENT UNTIL ALL FEES ARE RECEIVED IN THIS OFFICE.**

**SERVICE/SUBPOENA REQUESTS WILL NOT BE ISSUED FROM FAX FILING. SERVICE WILL BE ISSUED AS A RESULT OF THE FILING OF THE ORIGINAL DOCUMENT(S).**

**IF MAILING ORIGINAL DOCUMENT(S), PLEASE ATTACH THIS RECEIPT TO THE DOCUMENT(S) TO BE FILED. IF FILING THE ORIGINAL DOCUMENTS IN PERSON, PLEASE NOTIFY THE FILING CLERK OF THE PREVIOUS FAX FILING.**

*Hope Michell*

*Deputy Clerk of Court for*
*Doug Welborn, Clerk of Court*

Suit Accounting Dept. Form #6 Rev. 08/26/14

# APPENDIX 9.6
# LOUISIANA CIVIL CASE REPORTING
Civil Case Cover Sheet - LA. R.S. 13:4688, Part G, §13 of the Louisiana Supreme Court General Administrative Rules, and Appendix 9.6 of the Louisiana District Court Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:**

Richard Creel and Becky Creel                ABC Corporation, et al
                                    vs.

**Court:** 19th Judicial District Court          **Docket Number:** _____

**Parish of Filing:** East Baton Rouge          **Filing Date:** _____

**Name of Lead Petitioner's Attorney:** Michael C. Palmintier

**Name of Self-Represented Litigant:** _____

**Number of named petitioners:** 2          **Number of named defendants:** 13

**Type of Lawsuit:** Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

__Auto: Personal Injury                  __ Auto: Property Damage
__Auto: Wrongful Death                   __ Auto: Uninsured Motorist
__Asbestos: Property Damage              __ Asbestos: Personal Injury/Death
X  Product Liability                     __ Premise Liability
__Intentional Bodily Injury              __ Intentional Property Damage
__Intentional Wrongful Death             __ Unfair Business Practice
__Business Tort                          __ Fraud
__Defamation                             __ Professional Negligence
__Environmental Tort                     __ Medical Malpractice
__ Intellectual Property                 __ Toxic Tort
__ Legal Malpractice                     __ Other Tort (describe below)
__ Other Professional Malpractice        __ Redhibition
__ Maritime                              __ Class action (nature of case)
__ Wrongful Death                        _____
__ General Negligence

**Please briefly describe the nature of the litigation in one sentence of additional detail:**
Cancer.
_____

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name  Michael C. Palmintier          Signature  /s/ Michael C. Palmintier

Address  618 Main St., Baton Rouge, LA  70801

Phone number:  225-344-3735          E-mail address:  mcp@dplawla.com



**deGravelles &Palmintier**
ATTORNEYS AT LAW

Michael C. Palmintier, P.L.C.
Joshua M. Palmintier
J. Neale deGravelles, L.L.C.

Jonathan E. Mitchell
Benjamin B. Treuting

*Of Counsel*

David W. Robinson
(1927-2004)

June 23, 2021

Honorable Doug Welborn
Clerk, 19th Judicial District Court
300 North Boulevard
Baton Rouge, LA 70802

Via Facsimile and
<u>Hand Delivery</u>

Re:   *Richard Creel, et al v. ABC Corporation, et al*
      New Suit
      Our File Number:   21-019

Dear Clerk:

Enclosed please find the *Petition for Damages* and *Request for Written Notice* which we would appreciate your filing in the above referenced matter.

I enclose our check to cover filing and facsimile fees as well as a copy to be conformed and returned via courier.

Please contact me with any additional questions or concerns. Meanwhile, I remain,

Very truly yours,

Michael C. Palmintier

MCP/pba
Enclosures

EAST BATON ROUGE PARISH
C-708969
Filed Jun 25, 2021 2:14 PM
Deputy Clerk of Court
FAX Received Jun 23, 2021

Case 3:21-cv-00448-BAJ-RLB   Document 1-3   08/03/21   Page 15 of 19

| | | |
|---|---|---|
| RICHARD CREEL and BECKY CREEL | : | SUIT NO. _____ SEC. ____ |
| VERSUS | : | 19TH JUDICIAL DISTRICT COURT |
| | : | PARISH OF EAST BATON ROUGE |
| ABC CORPORATION, ET AL | : | STATE OF LOUISIANA |

**PETITION FOR DAMAGES**

The petition of RICHARD CREEL and BECKY CREEL, both of legal age, both domiciled in and residents of the Parish of East Baton Rouge, State of Louisiana, respectfully represent:

1.

Following knee surgery in 2016, plaintiff, RICHARD CREEL, began taking the medication ZANTAC, the brand name for *ranitidine*, an antacid drug which was sold both as a prescription drug and over-the-counter. In November, 2018, plaintiff was diagnosed with bladder cancer, whereupon his doctors took him off of all medications not related to his oncological treatment.

2.

In the summer of 2020, Plaintiff heard for the first time that his bladder cancer may have been caused by his use of Zantac. As he inquired further, he learned that studies have shown that *ranitidine*, the principal ingredient in Zantac, is susceptible to molecular changes as a result of changes in temperature or other environmental conditions. The product of these changes is a chemical which has been shown to be a carcinogen in human beings, which causes cancer of the bladder.

3.

Plaintiff, RICHARD CREEL, alleges that ZANTAC caused his bladder cancer, which, in turn, has required and will continue to require extensive medical treatment and which injuries have caused and will continue to cause great pain and suffering as well as mental anguish and distress.

4.

Plaintiff alleges that ZANTAC was designed, developed, manufactured, tested, packaged, promoted, marketed, and/or distributed, by the following manufacturer's who are made defendants herein :

Boehringer Ingelheim (BI)

    A.    Defendant <u>Boehringer Ingelheim Pharmaceuticals, Inc.</u>, is a Delaware corporation with its principal place of business located at 900 Ridgebury Road, Ridgefield, Connecticut 06877. Defendant Boehringer Ingelheim Pharmaceuticals, Inc., is a citizen of Delaware and Connecticut.

    B.    Defendant <u>Boehringer Ingelheim Corporation</u> is a Nevada corporation with its principal place of business located at 900 Ridgebury Road, Ridgefield, Connecticut 06877. Defendant Boehringer Ingelheim Corporation is a citizen of Nevada and Connecticut.

    C.    Defendant <u>Boehringer Ingelheim USA Corporation</u> is a Delaware corporation with its principal place of business located at 900 Ridgebury Rd., Ridgebury, Connecticut 06877. Boehringer Ingelheim USA Corporation is a citizen of Delaware and Connecticut.

    D.    Defendant <u>Boehringer Ingelheim International GmbH</u> is a limited liability company formed and existing under the laws of Germany, having a principal place of business at Binger Strasse 173, 55216 Ingelheim AM Rhein, Rheinland-Phalz, Germany. Boehringer Ingelheim International GmbH is a citizen of Germany.

    E.    Boehringer Ingelheim Pharmaceuticals, Inc. is a direct or indirect subsidiary of Boehringer Ingelheim Corporation and Boehringer Ingelheim USA Corporation, which are themselves wholly owned, directly or indirectly, by Boehringer Ingelheim International GmbH. Collectively, these entities shall be referred to as "Boehringer Ingelheim" or "BI."

    F.    Defendant <u>Boehringer Ingelheim Promeco, S.A. de C.V.</u> is a foreign corporation organized and existing under the laws of Mexico with its principal place of business located at Maiz No. 49, Barrio Xaltocan, Xochimilco, Ciudad de Mexico, 16090 Mexico. Boehringer Ingelheim Promeco, S.A. de C.V. is a citizen of Mexico.

GlaxoSmithKline (GSK)

    G.    Defendant <u>GlaxoSmithKline LLC</u> is a Delaware limited liability company with its principal place of business located at Five Crescent Drive, Philadelphia, Pennsylvania, 19112. GlaxoSmithKline LLC' sole member is GlaxoSmithKline (America) Inc., a Delaware corporation with its principal place of business in that state. GlaxoSmithKline LLC is a citizen of Delaware, authorized to do and doing business in the State of Louisiana and having appointed as agent for service of process, Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, LA 70802;

    H.    Defendant <u>GlaxoSmithKline (America) Inc.</u> is a Delaware corporation with its principal place of business located at 1105 N. Market Street, Suite 622, Wilmington, Delaware 19801. Defendant GlaxoSmithKline (America) Inc. is a citizen of Delaware.

    I.    Defendant <u>GlaxoSmithKline plc</u> is a public limited company formed and existing under the laws of the United Kingdom, having a principal place of business at 980 Great West Road, Brentford Middlesex XO, TW8 9GS, United Kingdom. GlaxoSmithKline plc is a citizen of the United Kingdom.

    J.    GlaxoSmithKline LLC and GlaxoSmithKline (America) Inc. are subsidiaries of GlaxoSmithKline plc. Collectively, these entities shall be referred to as "SK."

Pfizer

    K.    Defendant <u>Pfizer Inc.</u> "Pfizer" is a Delaware corporation with its principal place of business located at 235 East 42nd Street, New York, New York 10017. Pfizer Inc. is a citizen of Delaware and New York, authorized to do and doing business in the State of Louisiana and having appointed as agent for service of process, Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, LA 70802;

Sanofi

    L.    Defendant <u>Sanofi-Aventis U.S. LLC</u> is a Delaware limited liability company with its principal place of business located at 55 Corporate Drive, Bridgewater, New Jersey 08807. Sanofi-Aventis U.S. LLC' sole member is Sanofi U.S. Services, Inc., a Delaware corporation with its principal place of business in New Jersey. Sanofi-Aventis U.S. LLC is a citizen of Delaware and New Jersey.

    M.    Defendant <u>Sanofi US Services Inc.</u> is a Delaware corporation with its principal place of business located at 55 Corporate Drive, Bridgewater, New Jersey 08807. Sanofi US Services Inc. is a citizen of Delaware and New Jersey.

    N.    Defendant <u>Sanofi S.A.</u> is a corporation formed and existing under the laws of France, having a principal place of business at 54 Rue La Boetie, 8th Arrondissement, Paris, France 75008. Sanofi S.A. is a citizen of France.

    O.    Defendant <u>Patheon Manufacturing Services LLC</u> is a Delaware limited liability company with its principal place of business located at 5900 Martin Luther King Jr. Hwy, Greenville, North Carolina 27834. Thermo Fisher Scientific, Inc. is the sole member of Patheon Manufacturing Services LLC. Thermo Fisher Scientific, Inc. is a Delaware corporation with its principal place of business in Massachusetts. Patheon Manufacturing Services LLC is a citizen of Delaware and Massachusetts.

    P.    Sanofi-Aventis U.S. LLC and Sanofi US Services Inc. are subsidiaries of Sanofi S.A. Patheon Manufacturing Services LLC and Boehringer Ingelheim Promeco, S.A. de C.V. packaged and manufactured the finished Zantac product for Sanofi. Collectively, these entities shall be referred to as "Sanofi."

5.

Plaintiffs allege the liability of defendants within the meaning of La.R.S. 9:2800.51, et seq., commonly referred to as the Louisiana Products Liability Act (LPLA), in that the ZANTAC medication referred to hereinabove was unreasonably dangerous for its reasonably anticipated use in the following respects:

    a.    The product was defective in its design;

    b.    The product was defective in its manufacture;

    c.    The product was defective for failure to warn of known dangers in the product;

    d.    Other defects which may be disclosed at trial on the merits.

6.

Plaintiff, BECKY CREEL, who was married to and living with Plaintiff, RICHARD CREEL,

at the time of said injury, and who remains married to and living with Mr. CREEL, sustained a loss of consortium, service, and society within the meaning of Louisiana Civil Code Article 2315.

7.

As a result of the aforementioned fault of the Defendants, Plaintiffs are entitled to a trial and to recover damages in accordance with law, including lost wages, past and future, medical expenses, past and future, other special damages and all general damages contemplated under Louisiana Law, including impairment of earning capacity, which damages are in excess of $75,000.

WHEREFORE, Plaintiffs, RICHARD CREEL and BECKY CREEL, pray for citation and service of process, and, after due proceedings are had, that there be judgment in favor of Plaintiffs and against Defendants, for damages, together with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings.

By Attorneys:

deGRAVELLES & PALMINTIER
618 Main Street
Baton Rouge, Louisiana 70801
Telephone: (225) 344-3735
Facsimile: (225) 344-0522

By: _____
MICHAEL C. PALMINTIER (#10288)

**SERVICE INFORMATION:**

Please hold service of process.

| | | |
|---|---|---|
| RICHARD CREEL and BECKY CREEL | : | SUIT NO. _____ SEC. ___ |
| | : | 19TH JUDICIAL DISTRICT COURT |
| VERSUS | | |
| | : | PARISH OF EAST BATON ROUGE |
| ABC CORPORATION, ET AL | : | STATE OF LOUISIANA |

**REQUEST FOR WRITTEN NOTICE OF ANY ASSIGNMENT AND
WRITTEN NOTICE OF ANY ORDER OR JUDGMENT
MADE OR RENDERED**

In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil Procedure, you are hereby requested to send to us, as counsel of record for above Plaintiff(s), written notice by mail, at least ten (10) days in advance of any date fixed for any trial or hearing on this case, whether on exception, rules, or on the merits thereof, or any assignment of fixing of said case.

And in accordance with the provisions of Articles 1913 and 1914 of the Louisiana Code of Civil Procedure, you are hereby also requested to send to us immediately notice of any order or judgment made or rendered in this case, upon the entry of such order or judgment.

This request for notice is made with full reservation of all rights, and we thank you for your customary courtesy and cooperation.

Respectfully submitted:

DEGRAVELLES & PALMINTIER
618 Main Street
Baton Rouge, Louisiana 70801
Telephone: (225) 344-3735
Facsimile: (225) 344-0522

By: _____
MICHAEL C. PALMINTIER, #10288